BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-CR-142 TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO DISMISS PENDING INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| CAMERON LOVELL, | ) | |
| Defendant. | ) | |

The United States, by and through its undersigned attorney, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the charges in the indictment with respect to defendant Cameron Lovell, pursuant to the terms of the parties' plea agreement.

Although the defendant waived his right to proceed by indictment on May 7, 2015 pursuant to the terms of a written waiver of indictment, and agreed to proceed by Superseding Information on that same date, in an abundance of caution, the government hereby moves to dismiss any charges in the pending indictment.

Counsel for defendant does not oppose this motion.

///

///

For the foregoing reasons, the government respectfully moves to dismiss without prejudice any charges in the pending indictment.

DATED: July 30, 2015                                      Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                                    By:   /s/ Josh Sigal
                                                          JOSH SIGAL
                                                          Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-142 TLN |
| Plaintiff, | |
| v. | **ORDER** |
| CAMERON LOVELL, | |
| Defendant. | |

The United States' motion to dismiss the pending indictment against defendant Cameron Lovell in case number 2:14-CR-142 is hereby granted.

Dated:  July 30, 2015

_____
Troy L. Nunley
United States District Judge