THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Cameron Lovell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>CAMERON LOVELL,<br>       Defendant. | Case No.: 2:14-cr-00142-TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR REMOVAL OF LOCATION MONITORING |

    Plaintiff, United States of America, by and through its counsel of record, Josh Sigal, and Defendant, Cameron Lovell, by and through his counsel of record, hereby stipulate as follows:

1. Cameron Lovell has been ordered to self-surrender to the Bureau of Prisons by 2pm on September 10, 2015.

2. Pretrial Services has confirmed the defendant's travel itinerary which consists of flying out of Sacramento on September 10, 2015, at 6:00 a.m.  Pretrial Services has also confirmed the defendant will be traveling with his third-party custodian.

3. Given the early departure, Pretrial Services is requesting authorization to remove the defendant's location monitoring at 4:00 p.m. on September 9, 2015.  Pretrial Services has spoken with the defendant's father, third-party custodian,

1

and he has agreed to remain with the defendant from 4:00 p.m. on September 9, 2015, until the defendant's self-surrender on September 10, 2015.

4. The Assistant United States Attorney is not opposed to this request.

**IT IS SO STIPULATED.**

DATED: September 8, 2015         /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Cameron Lovell

DATED: September 8, 2015         BENJAMIN B. WAGNER
                                 United States Attorney

                         By:     /s/ Thomas A. Johnson for
                                 JOSH SIGAL
                                 Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2